# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NORTH BROWARD HOSPITAL DISTRICT** d/b/a **BROWARD HEALTH CORAL SPRINGS** a/k/a **CORAL SPRINGS MEDICAL CENTER,**
Appellant,

v.

**TAMICA QUARRIE** and **NICOY LATOUCHE,** Individually and as Parents and Next Friends of **R.L.,** a Minor; et al.,
Appellees.

No. 4D20-2519

[November 4, 2021]

Appeal from the State of Florida, Division of Administrative Hearings; L.T. DOAH Case No. 20-000818N.

Michael R. D'Lugo of Wicker, Smith, O'Hara, McCoy & Ford, P.A., Orlando, for appellant.

Julie H. Littky-Rubin of Clark, Fountain, La Vista, Prather, & Littky-Rubin, LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***